IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BECKY WHITE, | ) | |
| | ) | 2:12-cv-01400-GEB-KJN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: SETTLEMENT AND |
| | ) | DISPOSITION |
| EQUIFAX INFORMATION SERVICES, | ) | |
| LLC, and DOES 1-100, inclusive, | ) | |
| | ) | |
| Defendants.* | ) | |
| _____ | ) | |

Plaintiff filed a "Notice of Settlement" on October 29, 2012, in which she states that the parties "have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement." (ECF No. 17.)

Therefore, a dispositional document shall be filed no later than November 19, 2012. See L.R. 160(b). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. Id. ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the Status Conference scheduled for hearing on March 4, 2013, will remain on calendar in the event no dispositional document

---

\* The caption has been amended in accordance with the voluntary dismissal of Defendant Citibank, National Association on October 1, 2012. See ECF No. 12.

is filed, or if this action is not otherwise dismissed.[2]  A joint status report shall be filed fourteen (14) days prior to the Status Conference.

IT IS SO ORDERED.

Dated:  October 30, 2012

*[signature]*
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[2] The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. <u>Cf.</u> <u>Callie v. Near</u>, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2